1  BENJAMIN B. WAGNER
   United States Attorney
2  ANA MARIA MARTEL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2726

5  Attorneys for Plaintiff

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            )
                                        )
11                  Plaintiff,          )     CR F 01-5031-DLB
        v.                              )
12                                      )
   RONNIE   DRAKE,                      )
13                                      )
                    Defendant.          )
14 _____  )

15

   **UNITED STATES OF AMERICA'S PETITION FOR REMISSION OF FINE**

16

17     The United States of America petitions this Court pursuant to 18

18 U.S.C. § 3573 for remission of the unpaid criminal fine owed by the

19 defendant, Ronnie  Drake.

20     1.  Mr. Drake was sentenced by this court on July 9, 2001, to

21 pay a fine of $250.00.  The current unpaid portion of the fine is

22 $35.00.

23     2.  Title 18 U.S.C. § 3573 states in part, as follows:

24          Upon petition by the Government showing that
            reasonable efforts to collect a fine or assessment
25          are not likely to be effective, the court may, in
            the interest of justice-

26

27

28 USA's Petition For Remission of Fine              1

1          (1) remit all or part of the unpaid portion of the
              fine or special assessment, including interest and
2              penalties.

3     3.   The United States Attorney has determined that there is no

4  reasonable likelihood that expending further efforts will result in

5  the collection of the unpaid portion of the fine.  Any further efforts

6  would be contrary to the interests of the United States, as such

7  efforts would needlessly expend resources that could be better

8  directed to areas with greater potential for recovery.

9     ACCORDINGLY, the United States petitions this Court pursuant to

10 18 U.S.C. § 3573 for an Order remitting the outstanding balance of the

11 fine owed by the defendant Ronnie Drake.

12 DATED:   _____          Respectfully submitted,

13                                  BENJAMIN B. WAGNER
                                   United States Attorney
14

15                            By:_____
                                   ANA MARIA MARTEL
16                                 Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28 USA's Petition For Remission of Fine          2

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT FOR THE

6                         EASTERN DISTRICT OF CALIFORNIA

7

UNITED STATES OF AMERICA,          )
8                                   )
                    Plaintiff,      )       CR F 01-5031-DLB
9                                   )
        v.                          )
10                                  )
RONNIE DRAKE,                       )
11                                  )
                    Defendant.      )
12  _____ )

13                    **ORDER FOR REMISSION OF FINE**

14      This matter is before the court on the petition of the United

15  States for remission of the unpaid portion of the criminal fine owed

16  by the defendant, in accordance with the provisions of 18 U.S.C. §

17  3573.   The court finds it has jurisdiction over the subject matter and

18  the parties, and having reviewed the petition;

19      ORDERS that the unpaid portion of the criminal fine imposed

20  against the defendant Ronnie Drake is hereby remitted.

21

22

23      IT IS SO ORDERED.

24   **Dated:   September 16, 2010**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28  USA's Petition For Remission of Fine              1